DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

MICHAEL BAIRD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0889

—————————————————

March 27, 2026

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.


—————————————————

Opinion subject to revision prior to official publication.